IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:21CR253 |
| KINGSLEY ITA (1) | § § | Judge Mazzant |

## ELEMENTS OF THE OFFENSE

You are charged in Count One of the First Superseding Indictment with a violation of 18 U.S.C. § 1349, Conspiracy to Commit Wire Fraud. The essential elements which must be proved beyond a reasonable doubt in order to establish a violation of that section are:

1. That the defendant and one or more persons agreed to commit wire fraud;

2. That the defendant knew the unlawful purpose of the agreement; and

3. That the defendant joined the agreement with the intent to further the unlawful purpose.

Further, the elements of wire fraud under 18 U.S.C. § 1343 are as follows:

1. That the defendant knowingly devised or intended to devise any scheme to defraud, that is, the scheme to defraud described in the First Superseding Indictment;

2. That the scheme to defraud employed false material representations, or false material pretenses, or false material promises;

**Elements – Page 1**

3. That the defendant transmitted or caused to be transmitted by way of wire communications, in interstate commerce, any writing, or sign, or signal, for the purpose of executing such scheme; and

4. That the defendant acted with a specific intent to defraud.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

/s/
HEATHER RATTAN
Assistant United States Attorney
Texas Bar No. 16581050
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on counsel for the defendant via electronic filing on this 3rd day of October, 2023.

/s/
HEATHER RATTAN